IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

XEROX CORPORATION,

        Plaintiff,

  v.

THE ZABLOCKI CORPORATION,

        Defendant.
_____/

No. C 12-00819 RS

**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**

      Plaintiff Xerox Corporation moves for default judgment, including entry of a permanent injunction against defendant, The Zablocki Corporation. Although the defendant was served and entered into a stipulation extending the time available to respond to the complaint, it subsequently failed to respond. On July 19, 2012, the Magistrate Judge initially assigned to the case heard the motion, and defendant again did not appear. On July 19, 2012, the Magistrate issued a Report and Recommendation that the motion for default judgment be granted in part, and judgment be entered in plaintiff's favor, in the amount of $164,095.80 in damages and $18,046.04 in interest. Dkt. No. 17. Because defendant has not consented to jurisdiction, the Magistrate Judge also directed the case be reassigned to a District Judge. No objections have been filed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); N.D. Cal. Civ. L.R. 72. The Court has reviewed the Magistrate Judge's extensive and thorough report and recommendation, and adopts it here in full. A separate judgment will be entered.

      IT IS SO ORDERED.

Dated: 8/30/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE