**HEMAR, ROUSSO & HEALD, LLP**
ROBERT V. MCKENDRICK (SBN 169138)
E-mail address: rmckendr@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA  91436-2829
Telephone:     (818) 501-3800
Facsimile:      (818) 501-2985

Attorneys for Plaintiff,
XEROX CORPORATION, a corporation

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation,<br><br>Plaintiff,<br>vs.<br><br>THE ZABLOCKI CORPORATION, a California corporation dba ZABLOCKI PRINTING CO.,<br><br>Defendants. | Case No.  CV 12-00819-RS<br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER AS MODIFIED BY THE COURT**<br><br>[Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure]<br><br>[No hearing Required] |

Pursuant to the request of plaintiff, XEROX CORPORATION and the Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure American Legal Support Services, Inc., who is at least 18 years of age, of suitable discretion and not a party to the within action, is authorized and appointed to serve the writs in the above case.  The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

DATED: 12/17/12                                        _____
                                                                    UNITED STATES DISTRICT JUDGE

1
ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER